EDWARD KEER, as Limited Administrator, etc., of HERBERT KEER, Deceased, Respondent, v. CHILDREN's AID SOCIETY, Appellant.— Action to recover for the death of plaintiff's decedent, a three-year-old child. The child was drowned in a swimming pool located on a sixty-seven-acre tract owned and operated by the defendant. The pool was inclosed with a five-foot fence. The defendant had negligently left a gate in that fence open. This gate was ordinarily kept locked. The plaintiff's decedent was a son of an employee of the defendant. The gate was left open as a consequence of the negligence of another employee of the defendant, named Smith. The child was an invitee of the defendant; at least the jury so found on ample evidence. Judgment for the plaintiff unanimously affirmed,

with costs. (*Dorsey* v. *Chautauqua Institution*, 203 App. Div. 251.) Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.